## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY J. PELLICCIA,  :  CIVIL NO.: 1:24-cv-00428
          :
  Plaintiff,    :  (Magistrate Judge Schwab)
          :
  v.       :
          :
          :
LELAND DUDEK,[1]    :
Acting Commissioner of  :
Social Security,    :
          :
  Defendant.   :

## ORDER
February 26, 2025

For the reasons set forth in the Memorandum Opinion filed concurrently

with this Order, **IT IS ORDERED** that the Commissioner's decision is

---

[1] Leland Dudek is now the Acting Commissioner of Social Security, and he is automatically substituted as the defendant in this action. *See* Fed. R. Civ. P. 25(d) (providing that when a public officer sued in his or her official capacity ceases to hold office while the action is pending, "[t]he officer's successor is automatically substituted as a party"); 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

**AFFIRMED.**  The Clerk of Court shall enter judgment in favor of the

Commissioner and against the plaintiff and then close this case.

 

 

 

                                                                *__S/Susan E. Schwab__*
                                                                Susan E. Schwab
                                                                United States Magistrate Judge